# COMPLAINT

# EXHIBIT A



Gerson's Fabric Design