# COMPLAINT

# EXHIBIT C



Grand Knitting Mills
Infringing Design