Barry M. Benjamin (BMB 7350)
Marc A. Lieberstein (MAL 7116)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GERSON & GERSON, INC., a New York corporation,<br><br>    Plaintiff,<br>v.<br><br>GRAND KNITTING MILLS, INC., a New York corporation,<br><br>    Defendant. | **RULE 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No.: 07 CIV 9802 (LAP) |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Gerson & Gerson, Inc. (a private non-governmental party) certifies that Plaintiff has no parents, subsidiaries or affiliates, securities, or other interests which are publicly held.

Dated this 5th day of November, 2007.

Respectfully submitted,

By: *Barry M. Benjamin*
Barry M. Benjamin (BMB 7350)
Marc A. Lieberstein (MAL 7116)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940

Attorneys for Plaintiff
Gerson & Gerson, Inc.

1577189A01110207