AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GERSON & GERSON, INC.

V.

GRAND KNITTING MILLS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 9802**

**JUDGE PRESKA**

TO: (Name and address of Defendant)

GRAND KNITTING MILLS, INC.
7050 New Horizons Boulevard
Amityville, New York 11701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAY PITNEY LLP
7 Times Square
New York, New York 10036-7311

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  NOV 0 5 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
GERSON & GERSON, INC.,

        Plaintiff(s),
-against-

AFFIDAVIT OF SERVICE
07 CIV 9802

GRAND KNITTING MILLS, INC.,

        Defendant(s)
----------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 9TH day of November, 2007, at approximately the time of 11:30A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND RULE 7.1 DISCLOSURE STATEMENT AND INDIVIDUAL PRACTICES OF LORETTA A. PRESKA AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK upon GRAND KNITTING MILLS, INC., the defendant in this action, by delivering to and leaving with CAROL VOGT an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        CAROL VOGT is a white female, approximately 54 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 105 pounds with brown hair and brown eyes.

DEBORAH LaPOINTE
Sworn to before me this
9TH day of November, 2007

NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany Co.
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200711090294                        Cash #: 200711090230
Date of Service:  11/09/2007                    Fee Paid: $40 - CHECK
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  GRAND KNITTING MILLS, INC.



Plaintiff/Petitioner:
          GERSON & GERSON, INC.



Service of Process Address:
JAY D GILBERT
7050 NEW HORIZONS BLVD
NORTH AMITYVILLE,  NY 11701

                                                        Secretary of State
                                                        By  CAROL VOGT
```