# COMPLAINT

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-622-501**

**Effective date of registration:**

**September 14, 2007**

## Title

**Title of Work:** DAISIES AND BEES APPLIQUE AND EMBROIDERY
**Previous or Alternative Title:** M15334, M25334, M35334, M45334
**Nature of Work:** FABRIC DESIGN

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** February 13, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** GERSON & GERSON, INC.
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** Yes

## Copyright claimant

**Copyright Claimant:** GERSON & GERSON, INC.
112 WEST 34TH ST. - SUITE 1710, New York, NY, 10120

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** MATTHEW GERSON
**Date:** September 14, 2007

IPN#: 
\*\*

Registration #: 
\*VA0001622501\*

Service Request #: 1-14547305

GERSON&GERSON, INC.
112 WEST 34TH ST. - SUITE 1710
New York, NY 10120