USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERSON & GERSON, INC., a New York corporation,

                Plaintiff,

v.

GRAND KNITTING MILLS, INC., a New York corporation,

and

BLUEBERRY BLVD., LLC, a New York limited liability company,

                Defendants.

Civil Action No. 07 cv 9802 (LAP)

**STIPULATION ACCEPTING SERVICE OF PROCESS AND SETTING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel that service of process is hereby accepted by the undersigned counsel on behalf of Defendant Blueberry Blvd., LLC; and it is

**STIPULATED AND AGREED** that both Defendants' time to answer or otherwise respond to the First Amended Complaint is extended to and including December 18, 2007.

Dated: November 28, 2007

        DAY PITNEY LLP

        */s/ Barry M. Benjamin*
        Barry M. Benjamin (BMB 7350)
        7 Times Square
        New York, New York 10036-7311
        Telephone:  (212) 297-5800
        Facsimile:  (212) 916-2940
        bbenjamin@daypitney.com

        Attorneys for Plaintiff

Dated: November 28, 2007                ABELMAN FRAYNE & SCHWAB

*[signature]*
_____
Michael Aschen (6336)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Attorneys for Defendants


December 5, 2007                         *Loretta A. Preska [signature]*

2