# ⓅDAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JUSTIN M. KAYAL
Attorney at Law

242 Trumbull Street
Hartford, CT 06103
T: (860) 275 0203 F: (860) 275 0343
jkayal@daypitney.com
Admitted in New York. Not admitted in Connecticut.

January 4, 2008

**VIA E-MAIL TO MASCHEN@LAWABEL.COM**
**CONFIRMATION VIA UPS**

Michael Aschen, Esq.
Abelman, Frayne & Schwab
666 Third Avenue
New York, NY 10017-5612

    Re:    Gerson & Gerson & Grand Knitting Mills, Inc.
             Client-Matter No. 406989.115640

Dear Mr. Aschen:

    I am an attorney working with Marc Lieberstein on the referenced matter. Pursuant to Federal Rule of Civil Procedure 68, this letter serves as written notice that our client, Gerson & Gerson, Inc., accepts the Offer of Judgment attached to your letter of January 3, 2008 addressed to Mr. Lieberstein. Upon your filing of the Offer of Judgment and this notice of acceptance, please provide proof of filing along with payment of the funds, as soon as possible. The check should be made payable to "Gerson & Gerson."

    Please contact me with any questions you may have. Thank you.

Sincerely,

*[signature]*
Justin M. Kayal

cc:    Marc A. Lieberstein, Esq. (i/o)
        Barry M. Benjamin, Esq. (i/o)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERSON & GERSON, INC., a New York Corporation,<br><br>   *Plaintiff*,<br><br> -against-<br><br>GRAND KNITTING MILLS, INC., a New York Corporation, and BLUEBERRY BLVD., LLC, a New York Limited Liability Co.,<br><br>   *Defendants*. | 07 Civ. 9802 (LAP)<br><br>**OFFER OF JUDGMENT** |

To: Marc A. Lieberstein, Esq.
  Day Pitney LLP
  7 Times Square
  Times Square Tower
  New York, NY 10036

  Counsel for Plaintiff

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants hereby offer to allow judgment to be taken against them in this action in the amount of twelve thousand five hundred dollars ($12,500), including costs accrued to date. The defendants' further consent to entry of the permanent injunction against their future sales of the accused pattern.

  This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission of plaintiff's allegations, that defendants are liable in this action, or that plaintiff has suffered any damage.

Dated: New York, NY
   January 3, 2008

**ABELMAN FRAYNE & SCHWAB**

*/s/ Michael Aschen*
Michael Aschen (6336)
666 Third Avenue
New York, New York 10017
(212) 949-9022
maschen@lawabel.com

Counsel for the Defendants

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing Offer of Judgment was this 3rd day of January, 2008, served by email and first class mail upon the following:

> Marc A. Lieberstein, Esq.
> Day Pitney LLP
> 7 Times Square
> Times Square Tower
> New York, NY 10036

_____