```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERSON & GERSON, INC.,
a New York Corporation,

        Plaintiff,

-against-

GRAND KNITTING MILLS, INC.,
a New York Corporation,

        Defendant.

07 Civ. 9802 (LAP)

STIPULATED ORDER ~~ENTERING~~ JUDGMENT

#08,0209

Upon consent of the plaintiff Gerson & Gerson, Inc., and the defendant Grand Knitting Mills, Inc., it is hereby ORDERED and ADJUDGED, that the defendant's "Offer of Judgment", attached hereto as Exhibit 1, has been accepted by the plaintiff and shall be ENTERED herein, and that this action is hereby dismissed against all parties, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED,

this ___ day of February ___, 2008

_____
United States District Judge

Dated: February 4, 2008
      Hartford, CT

Day Pitney LLP

_/s/ Justin M. Kayal_____
Justin M. Kayal, Esq.
242 Trumbull Street
Hartford, CT 06103

Counsel for Plaintiff

Dated: February 5, 2008
      New York, NY

ABELMAN FRAYNE & SCHWAB

_/s/ Michael Aschen_____
Michael Aschen (6336)
666 Third Avenue
New York, New York 10017
(212) 949-9022

Counsel for the Defendant

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_/s/ Loretta A. Preska_____
LORETTA A. PRESKA, U.S.D.J.

February 5, 2008

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERSON & GERSON, INC.,
a New York Corporation,

        Plaintiff,

-against-

GRAND KNITTING MILLS, INC.,
a New York Corporation, and
BLUEBERRY BLVD., LLC,
a New York Limited Liability Co.,

        Defendants.

07 Civ. 9802 (LAP)

OFFER OF JUDGMENT

To: Marc A. Lieberstein, Esq.
    Day Pitney LLP
    7 Times Square
    Times Square Tower
    New York, NY 10036

    Counsel for Plaintiff

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants hereby offer to allow judgment to be taken against them in this action in the amount of twelve thousand five hundred dollars ($12,500), including costs accrued to date. The defendants' further consent to entry of the permanent injunction against their future sales of the accused pattern.

    This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission of plaintiff's allegations, that defendants are liable in this action, or that plaintiff has suffered any damage.

Dated: New York, NY
       January 3, 2008

ABELMAN FRAYNE & SCHWAB

_/s/ Michael Aschen_
Michael Aschen (6336)
666 Third Avenue
New York, New York 10017
(212) 949-9022
maschen@lawabel.com

Counsel for the Defendants